UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ENERGY CONSERVATION CORPORATION,

    Plaintiff,

    v.                                                      Case No. 18-cv-704

SPRUCE LENDING, INC.,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Wisconsin Energy Conservation Corporation voluntarily dismisses all claims in this action with prejudice and without an award of attorney fees and costs.

Dated this 17th day of October, 2018.

                                                /s/ *Jeffrey A. Simmons*
                                              Jeffrey A. Simmons, WBN 1031984
                                              FOLEY & LARDNER LLP
                                              150 E. Gilman Street
                                              P.O. Box 1497
                                              Madison, WI  53701-1497
                                              Telephone: (608) 257-5035

                                              *Attorneys for Plaintiff Wisconsin Energy Conservation Corporation*